

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 29 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Tyronza A. Holloway
\# R76175

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff
Thomas Dart

1:18-cv-00677
Judge Andrea R. Wood
Magistrate Judge Sidney I. Schenkier
PC 5

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Tyronza A. Holloway

    B. List all aliases: _____

    C. Prisoner identification number: R76175

    D. Place of present confinement: Logan Correctional Center

    E. Address: P.O. Box 1000, Lincoln, IL. 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Thomas Dart
       Title: Cook County Sheriff
       Place of Employment: Cook County Jail

    B. Defendant: _____
       Title: _____
       Place of Employment: _____

    C. Defendant: _____
       Title: _____
       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: A class action lawsuit against the Chicago Police Department

B. Approximate date of filing lawsuit: between August + September 2010

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Chicago Police Department

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: Don't remember

G. Basic claim made: Don't remember

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Was settled

I. Approximate date of disposition: It was settled for $2,100.00

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was a detainee at Cook County Jail from August 2001 until May 2004. During which time, I lived on several different housing tiers in Divisions 3 and 4. I lived in Division 3 for a short period of time on B2 and A2. Division 4 is where I did the majority of my time, living on N1, I1, J1, I2, J2, and Q2. While living on all of these tiers I observed an unhealthy spreading of mold, an infestation of mice and roaches, and it was over-crowded. We lived 3 people in a 2-man cell. Most of the time I was the third person, which meant I slept on the floor. That was an even better opportunity for the rodents to get in bed with you and bite. At any given time they would also jump up on the beds. We also had no heat in the winter time. It was

4                                                                                         Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

so cold, I was actually afraid to go to sleep for fear I might freeze to death. I could see my breath. The conditions were inhumane. My health and safety were at risk everyday.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for my health and safety.

VI.   The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5TH day of Dec., 20 17

_Tyronza A. Holloway_
(Signature of plaintiff or plaintiffs)

Tyronza A. Holloway
(Print name)

R76175
(I.D. Number)

P.O. Box 1000
Lincoln, IL. 62656
(Address)



IN THE

United States District Court
Northern District of Illinois

Tyronza A. Holloway #R76175 )
Plaintiff/Petitioner )
)
)
Vs. ) No. _____
Cook County Sheriff )
Thomas Dart )
Defendant/Respondent )

## NOTICE OF FILING / PROOF OF SERVICE

TO: United States District
Court, Northern District of Illinois
219 S. Dearborn
Chicago, Illinois 60604

TO: _____

PLEASE TAKE NOTICE that on 12 / 5 / 17, I placed the attached or enclosed documents in the institutional mail at Logan Correctional Center properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 12 / 5 / 17

/s/ Tyronza A. Holloway
Name: Tyronza A. Holloway
IDOC #: R76175

Logan Correctional Center
1096 1350th Street
PO Box 1000
Lincoln, Illinois 62656

OFFICIAL SEAL
DEANNA A. BIGGER
Notary Public - State of Illinois
My Commission Expires 10/22/2019

Subscribed and Sworn to Before me this
5th day of December, 2017

Deanna A. Bigger
Notary Public

Revised September 2009